**LAW OFFICE OF BRIAN C. ANDRITCH**
**BRIAN C. ANDRTICH # 203808**
2140 Merced St., Ste. 105
Fresno, California 93721
Phone: 559-495-0200
Fax:    559-495-0123

Attorney for Defendant: Joshua Wilson Fisher

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 6:18-mj-00006 MJS |
| **Plaintiff,** | **REQUEST TO APPEAR TELEPHONICALLY AT JULY 10, 2018 STATUS CONFERENCE: ORDER THEREON** |
| vs. | |
| **JOSHUA WILSON FISHER,** | |
| **Defendants,** | |

The Defendant, JOSHUA WILSON FISHER, and his attorney of record, BRIAN C. ANDRITCH, request that Counsel be allowed to appear telephonically at the July 10, 2018 Status Conference.

Defense counsel is trying to economize his travel time to U.S. District Court in Yosemite National Park by only driving to Yosemite when he has multiple cases on calendar and not when there is just one case for which he has to appear.

Dated: June 27, 2018                                    /S/Brian C. Andritch_____
                                                        Brian C. Andritch
                                                        Attorney for Defendant

- 1

**ORDER**

The court orders that defense counsel may appear telephonically at the July 10, 2018, Status Conference at 10:00 a.m.

IT IS SO ORDERED.

Dated:    June 29, 2018       /s/ *Jeremy D. Peterson*
                                                          UNITED STATES MAGISTRATE JUDGE